UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YELITZA PICON, and on behalf of all other persons similarly situated,

        Plaintiff,

- against -

MARGARET THATCHER PROJECTS, INC.,

        Defendant.

**ORDER OF DISMISSAL**

19 Civ. 6906 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
      September 24, 2019

                              SO ORDERED.

                              *[signature]*

                              Paul G. Gardephe
                              United States District Judge